IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:25CR76 |
| vs. | |
| JOSE GUADALUPE DE LA TORRE, | ORDER |
| Defendant. | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial (Filing No. 24). Counsel needs additional time to resolve this matter short of trial and to make further attempts to find mutually acceptable resolution. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [24] is granted, as follows:

1. The jury trial, now set for July 29, 2025, is continued to **September 30, 2025**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 30, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. No further continuances will be granted barring exceptional circumstances.

Dated this 24th day of July, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge